# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
_____

| | |
|---|---|
| APRIL M. MURRELL AND GARY D. MURRELL, JR., <br><br>                     Plaintiffs, <br><br> v. <br><br> ZIMMER, INC., *et al.*, <br><br>                     Defendants. | Civil No. 09-0757 (JRT/JJK) <br><br><br> **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

_____

This matter came before this Court upon the Stipulation for Dismissal Without Prejudice of Defendants AstraZeneca Pharmaceuticals LP, AstraZeneca LP, Zeneca Holdings Inc., filed by the parties on February 23, 2010 [Docket No. 133].

**IT IS HEREBY ORDERED** that defendants AstraZeneca Pharmaceuticals LP, AstraZeneca LP, and Zeneca Holdings Inc. are **DISMISSED WITHOUT PREJUDICE** and without costs or disbursements to any party.

DATED: February 24, 2010  
at Minneapolis, Minnesota.                                   ___ s/ John R. Tunheim ___  
                                                                    JOHN R. TUNHEIM  
                                                             United States District Judge